DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
HECTOR URIARTE GASTELUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>             Plaintiff,           )<br>                                  )<br>     v.                           )<br>                                  )<br>HECTOR URIARTE-GASTELUM,          )<br>                                  )<br>             Defendant.           )<br>_____ ) | NO. CR.S-11-177-JAM<br><br>**AMENDED**<br>**STIPULATION AND ORDER;**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date: June 28, 2011<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for HECTOR URIARTE-GASTELUM, that the status conference hearing date of June 14, 2011 be vacated, and the matter be set for status conference/change of plea on June 28, 2011 at 9:30 a.m.

       The reason for this continuance is to allow the parties to receive and review the "Alien Pre-Plea Presentence Report", the government to tender a plea agreement, and defense counsel additional time to review the plea agreement with the defendant.

     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

1 this order through and including June 28, 2011 pursuant to 18 U.S.C.
2 §3161(h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
3 T4 based upon continuity of counsel and defense preparation.

4
5 DATED: June 9, 2011.                    Respectfully submitted,
                                          DANIEL J. BRODERICK
6                                         Federal Public Defender

7
8                                         /s/ Caro Marks
                                          CARO MARKS
9                                         Designated Counsel for Service
                                          Attorney for Francisco Rivera-Aguilar
10
11 DATED: June 9, 2011.                   BENJAMIN WAGNER
                                          United States Attorney
12
13
                                          /s/ Caro Marks for
14                                        MICHELE BECKWITH
                                          Assistant U.S. Attorney
15                                        Attorney for Plaintiff

16
17
18                            ORDER
19    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the June 14, 2011, status conference hearing be continued
21 to June 28, 2011, at 9:30 a.m.  Based on the representation of defense
22 counsel and good cause appearing there from, the Court hereby finds
23 that the failure to grant a continuance in this case would deny defense
24 counsel reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  The Court finds that the
26 ends of justice to be served by granting a continuance outweigh the
27 best interests of the public and the defendant in a speedy trial.  It
28 is ordered that time up to and including the June 28, 2011 status

1  conference shall be excluded from computation of time within which the
2  trial of this matter must be commenced under the Speedy Trial Act
3  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
4  to allow defense counsel reasonable time to prepare.
5  Dated: 6/9/2011

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge